TIMOTHY B. ROTE,   184781
IMHOFF & ASSOCIATES
2014 TULARE, #604
FRESNO, CALIFORNIA  93721
TELEPHONE: (800) 887-0000

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>v.<br><br>RICK VANDENAKKER,<br>      Defendant. | CASE NO. 1:07-cr-00184 LJO<br><br>STIPULATION TO EXTEND TIME TO FILE PROPERTY BOND<br>        and<br><br>ORDER |

On July 12, 2007, Mr. Vandenakker was released from custody and a $100,000 property bond was ordered by August 3, 2007.  A short extension to post the bond is required to complete the necessary documentation.  Pretrial services do not object to this extension of time to post the bond.

The parties hereby stipulate and agree to this order extending the deadline to post the property bond one week, to August 10, 2007.

8/3/07                                       s/s  David L. Gappa
                                             Assistant United States Attorney


8/3/07                                       s/s  Timothy Rote
                                             Attorney for Mr. Vandenakker


IT IS HEREBY ORDERED;  The deadline to post the property bond is extended one week from August 3, 2007 to August 10, 2007.  All other previously ordered conditions remain in effect.

IT IS SO ORDERED.

Dated:     **August 8, 2007**                    /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE