

TIMOTHY B. ROTE #184781
IMHOFF & ASSOCIATES
2014 TULARE, SUITE 604
FRESNO, CALIFORNIA 93721
TELEPHONE: (800) 887-0000

DEC 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ATTORNEY FOR DEFENDANT,
RICK VANDENAKKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>          Plaintiff, <br><br> vs. <br><br> RICK VANDENAKKER, <br>          Defendant | CASE # 1:07-CR-184-01 LJO <br><br> EX PARTE APPLICATION FOR ORDER EXONERATING PROPERTY BOND AND ORDER THEREON |

To:     THE HONORABLE LAWRENCE J. O'NEILL, JUDGE OF THE ABOVE ENTITLED

COURT:     The Defendant, RICK VANDENAKKER, by and through his attorney, Timothy B.

Rote, hereby requests an order exonerating bond in this action. Mr. Vandenakker was released

on a property bond posted by Richard Vandenakker and Tina Vandenakker by way of execution

of a Deed of Trust. Mr. Vandenakker was remanded into custody after entering a guilty plea in

this case on September 24, 2007. He has now been sentenced in the case. Accordingly,

exoneration of the property bond is requested.

Dated: December 17, 2007          Respectfully submitted,

                              /s/ Timothy B. Rote
                              Timothy B. Rote
                              Attorney for Defendant

**ORDER**

It appearing that there is no further need for the existence of the property bond posted for the pretrial release of RICK VANDENAKKER in case # CR. 1:07-CR-184-01 LJO, the property bond posted on his behalf is hereby exonerated and the property involved is ordered re-conveyed to Richard Vandenakker and Tina Vandenakker as listed on the Deed of Trust previously filed in this case.

Dated: _December 19, 2007_

LAWRENCE J. O'NEILL
United States District Judge
Eastern District of California